**BILLEK & YESALONIS, P.C.**
10 Parsonage Road
Suite 306
Edison, New Jersey 08837
Telephone No. (732) 744-0666
Attorneys for Metropolitan Mortgage Services, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Plaintiffs**<br><br>MARTIN CABALLERO, et al.<br><br>-v-<br><br>**Defendants**<br><br>METROPOLITAN MORTGAGE SERVICES, INC., et al. | Civil Action #2:08-cv-00532-PGS-ES<br><br>**CONSENT ORDER VACATING DEFAULT AND ALLOWING AN ANSWER OUT OF TIME** |

**THIS MATTER**, having come before the court by way of Consent Order, and the parties having agreed to the terms and conditions contained herein, and for good cause being shown;

**IT IS** on this 31 day of July, 2008;

**ORDERED** that the default previously entered against defendant, Metropolitan Mortgage Services, Inc., is hereby vacated; and

**IT IS FURTHER ORDERED** that defendant, Metropolitan Mortgage Servises, Inc., shall be permitted to file an Answer within seven (7) days from the date of this Order; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days from the date herein.

*[Signature]*

I hereby consent to the terms and conditions of the within Order.

*[Signature]*

JOHN M. BURKE, Attorney for Plaintiffs

*[Signature]*

MAXWELL L. BILLEK
Attorney for Defendant, Metropolitan Mortgage Services, Inc.